# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

September 20, 2016

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
154342
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* DAWSON

_____

DION PATRICK DAWSON,

     Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,

     Defendant-Appellee.

SC:  154342
COA:  331589

_____/

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of August 29, 2016, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2016

jam

Clerk